**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2020 SEP 16  PM 3: 04

MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **No.**  20-CR-167 - S |
| Plaintiff, | |
| v. | **Ct 1:  16 USC § 470ee(a) and (d)** (Excavating or Trafficking in Archeological Resources) |
| **RODRICK DOW CRAYTHORN,** | |
| Defendant. | **Ct 2:  18 U.S.C. § 1361** (Injury or Depredation to United States Property) |

---

**I N D I C T M E N T**

---

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

From on or about October 1, 2019, through and including May 24, 2020, in the District of Wyoming and on the public lands of the United States, the Defendant, **RODRICK DOW CRAYTHORN**, did knowingly and unlawfully excavate, remove, damage, alter and deface, and attempt to excavate, remove, damage, alter, and deface archaeological resources, to wit: the Fort Yellowstone Cemetery, an archaeological resource located in the Fort Yellowstone National Historic Landmark in Yellowstone National Park, without having a permit to do so, and said archaeological resources involved, and the cost of restoration and repair of such resources exceeded the sum of $500.

In violation of 16 USC § 470ee(a) and (d).

**COUNT TWO**

From on or about October 1, 2019, through and including on or about May 24, 2020, in the District of Wyoming, the Defendant, **RODRICK DOW CRAYTHORN**, did willfully damage, injure, and commit a depredation against, and attempt to damage, injure, and commit a depredation

against, property belonging to the United States and to the United States Department of the Interior, a department and agency of the United States, to wit: the Fort Yellowstone Cemetery, a part of the Fort Yellowstone National Historic Landmark in Yellowstone National Park, thereby causing damage to such property in excess of $1,000.

In violation of 18 U.S.C. § 1361.

A TRUE BILL:

*Ink Signature on File in Clerk's Office*
FOREPERSON

MARK A. KLAASSEN
United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | **RODRICK CRAYTHORN** |
| **DATE:** | September 15, 2020 |
| **INTERPRETER NEEDED:** | No |
| **VICTIMS:** | Yes |

**OFFENSE/PENALTIES:**

**Count 1:  16 USC § 470ee(a) and (d)**
(Excavating or Trafficking in Archeological Resources)

0-2 Years Imprisonment
Up to $20,000 Fine
1 Year Supervised Release
$100 Special Assessment
Class "E" Felony

**Count 2:  18 U.S.C. § 1361**
(Injury or Depredation to United States Property)

0-10 Years Imprisonment
Up to $250,000 Fine
3 Years Supervised Release
$100 Special Assessment
Class "C" Felony

| | |
|---|---|
| **TOTALS:** | 0-12 Years Imprisonment<br>$270,000 Fine<br>3 Years Supervised Release<br>$200 Special Assessment |
| **AGENT:** | Jacob Olson, NPS |
| **AUSA:** | Stephanie A. Hambrick, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | No |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |