

FILED

10:42 am, 10/22/20

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs.<br>RODRICK DOW CRAYTHORN<br>Defendant. | Case Number:   20-cr-167-SWS |

Date 10/22/2020   Time 10:12 - 10:28 AM     Before the Honorable   Kelly H. Rankin

☑ Indictment    ☐ Information    ☐ Complaint    ☑ Arraignment    ☐ Rule 5

☑ Initial Appearance    ☑ Detention Hearing    ☐ Preliminary Hearing    ☐ Removal Hearing

☐ Other

Offense: Excavating or Trafficking in Archeological Resources

| MiYon Bowden | FTR Recording | Jason Volz |
|---|---|---|
| Clerk | Digital Recording | Probation Officer |
| Nicole Romine | N/A | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared    ☑ Voluntarily    ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing  Chris Humphrey
☐ FPD   ☐ PANEL-CJA   ☑ RETAINED   ☐ WAIVED

**Initial appearance**    Date  10/22/2020
(Comments)  Defendant advised of his rights and charges.

WY53

Rev. 09/22/2020

☐ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing waived
☐ Preliminary / Final revocation hearing waived
☐ Removal hearing waived

☐ Arraignment set for:
Date _____ Time _____ Judge _____

☐ Preliminary hearing set for: Date _____ Time _____
Judge _____ in

☐ Revocation hearing set for: Date _____ Time _____
Judge _____ in

☐ Detention hearing set for:
Date _____ Time _____ Judge _____

☐ Removal hearing set for:
Date _____ Time _____ Judge _____

☐ Court orders defendant held to answer to U.S. District Court, District of _____
☑ Other  Released on own recognizance

**BOND IS**    ☐ Defendant is detained
☐ Set at  $ _____   ☐ Cash or Surety    ☐ Unsecured
☐ Continued on the same terms and conditions
☐ Detention hearing set for: Date _____ Time _____
Judge _____

- [✓] Obey all laws, Federal, State and Local
- [ ] Seek/Maintain employment
- [ ] 3rd party custody of _____
- [ ] Not use or possess firearms/ammunition/explosives
- [ ] Not use or possess alcohol
- [ ] Not use alcohol to excess
- [ ] Submit to drug/alcohol testing
- [ ] Do not obtain passport
- [ ] Surrender passport to _____
- [✓] Other  Maintain contact with his attorney
- [ ] Bail review / detention hearing   Date _____
- [ ] Defendant detained- Reasons _____

- [ ] Maintain current residence
- [ ] Report to Pretrial Services as directed
- [ ] Travel restricted to _____
- [ ] Abide by the following curfew _____
- [ ] Not use or possess controlled substances/drugs
- [ ] Avoid all contact with _____
- [ ] Post property or sum of money _____
- [ ] Undergo medical/psychiatric treatment/exam
- [ ] Mandatory DNA collection

**Arraignment**

☐ Defendant waives indictment
☐ Defendant waives reading of indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government
☒ Indictment
☐ Complaint

**Defendant enters a plea of**

☑ Not guilty to count(s)
1,2             of an   Indictment
☐ Guilty to count(s)
_____ of an _____

**Not Guilty Plea**

☑ Court orders discovery per rule 16 FRCrP
☑ Photocopy of discovery is permissible
☑ Court orders access to Grand Jury Transcripts
Motions to be filed  ☐ Days  ☐ On or Before  ☐ Discovery
☑ Trial date set for  12/14/20  at 9:00 AM  Before Honorable    Scott W. Skavdahl
in  Casper, Wyoming (Courtroom 2)
☑ Speedy trial expires on   12/31/20
☐ Other