FILED

8:30 am, 3/17/21

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Criminal No. 20-CR-167-SWS |
| ) | |
| v. ) | |
| ) | |
| Rodrick D. Craythorn ) | |
| ) | |
| Defendant. ) | |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

This Matter having come before the Court upon Defendant's Unopposed Motion to Continue Sentencing, and the Court having reviewed the same and finds as follows:

THIS COURT FINDS that that Defendant is currently set for sentencing on March 18, 2021 at 8:15 am;

THIS COURT FINDS that due to the road closures and weather conditions, a continuance is necessary for Counsel and the Defendant to appear in person for sentencing; and

IT IS ORDERED that sentencing set to be held on March 18, 2021 at 8:15 am in the above docket be reset for the **31st day of March, 2021, at 9:00 AM**.

ORDERED this 17th day of March, 2021.

_____
DISTRICT COURT JUDGE